AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Temur BASILIA

**SUMMONS IN A CIVIL CASE**

V.

Michael CHERTOFF,
Emilio T. GONZALEZ,
Robert S. MUELLER,
Gregory L. COLLETT,
Paul NOVAK

Case: 1:07-cv-00794
Assigned To : Kennedy, Henry H.
Assign. Date : 5/1/2007
Description: GENERAL CIVIL

TO: (Name and address of Defendant)

Michael Chertoff
Secretary
U.S. Department of Homeland Security
425 Murray Drive, Building 410
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas K. Ragland
Maggio & KATTAR
11 Dupont Circle NW Suite 775
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAY - 1 2007

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/15/2007 |
| NAME OF SERVER *(PRINT)* Thomas K. Ragland | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

    G   Served personally upon the defendant. Place where served: _____

    G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G   Returned unexecuted: _____

    ☒   Other (specify):  Via U.S. Mail, certified, postage pre-paid.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5/15/07      *[signature]*
               Date               *Signature of Server*
                                       MAGGIO & KATTAR
                                       11 Dupont Circle NW
                                       Suite 775
                                       Washington, D.C. 20036
                                       *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery   MAY 1 5 2007 |
| 1. Article Addressed to:<br><br>Michael Chertoff<br>Secretary<br>U.S. Department of Homeland Security<br>425 Murray Drive, Building 410<br>Washington, DC 20528<br><br>*SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 0100 0002 6165 9872 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540