# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| TEMUR BASILIA, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case Number:  1:07CV0794(HHK) |
|  | ) |
| MICHAEL CHERTOFF, Secretary, United States | ) |
| Department of Homeland Security, <u>et al.,</u> | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

_____ )

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney

Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: July 5, 2007

Respectfully submitted,


_____/s/ Robin M. Meriweather_____
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov