UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEMUR BASILIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:07CV0794(HHK) |
| | ) |
| MICHAEL CHERTOFF, Secretary, United States | ) |
| Department of Homeland Security, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff et al., through undersigned counsel, hereby request that the Court grant Defendants a 28-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due August 3, 2007. Defendants' answer currently is due July 6, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff to obtain Plaintiff's position on this motion, and Plaintiff consents to the enlargement.

In support of this motion, Defendants state as follows:

This is an immigration case, arising out of a Form I-765 application for employment authorization filed by Plaintiff, a citizen of Georgia, in connection with Plaintiff's application for asylum. Plaintiff filed a mandamus complaint on May 1, 2007, asking the Court to compel Defendants to complete adjudication of Plaintiff's employment authorization.

Defendants wish to answer Plaintiff's Complaint expeditiously. However, to prepare an answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with the Department of Homeland Security and the Federal Bureau of Investigations concerning Plaintiff's

factual allegations, and the facts that support any defense Defendants may raise. Although the undersigned Assistant United States Attorney and agency counsel have made a good faith effort to complete that factual investigation and review of the record in advance of the current filing deadline, they have been unable to do so. Accordingly, Defendants request a 28-day enlargement of time to prepare Defendants' responsive pleading.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 28 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: July 5, 2007

                                          Respectfully submitted,

                                          /s/
                                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                                      United States Attorney

                                          /s/
                                      RUDOLPH CONTRERAS, D.C. BAR #434122
                                      Assistant United States Attorney

                                          /s/ Robin M. Meriweather
                                      ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                      Assistant United States Attorney
                                      555 Fourth St., N.W.
                                      Washington, D.C. 20530
                                      Phone: (202) 514-7198  Fax: (202) 514-8780
                                      Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of July, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas Ragland
Maggio & Kattar
11 Dupont Cirle, NW Suite 775
Washington, DC 20036

_____
ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
TEMUR BASILIA,                      )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Case Number:  1:07CV0794(HHK)
                                    )
MICHAEL CHERTOFF, Secretary, United States )
Department of Homeland Security,  et al.,  )
                                    )
            Defendants.             )
                                    )
_____ )

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by August 3, 2007.

SO ORDERED.

                                        _____
                                        United States District Judge