# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEMUR BASILIA, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case Number: 1:07CV0794(HHK) <br> ) |
| MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, <u>et al.</u>, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

                                                                                    Respectfully submitted,

| | |
|---|---|
|   /s/ Michael Maggio |   /s/ Jeffrey A. Taylor   by MJ |
| MICHAEL MAGGIO | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| ANDRES BENACH | United States Attorney |
| THOMAS RAGLAND | |
| MAGGIO & KATTAR |   /s/ Rudolph Contreras |
| 11 Dupont Circle, NW Suite 775 | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| Washington, DC  20036 | Assistant United States Attorney. |
| Phone: (202) 483-0053 | |
| Fax: (202) 483-6801 |   /s/ Robin M. Meriweather |
| | ROBIN M. MERIWEATHER, D.C. Bar # 490114 |
| *Counsel for Plaintiff* | Assistant United States Attorney |
| | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| | Phone: (202) 514-7198; Fax (202) 514-8780 |
| | Robin.Meriweather2@usdoj.gov |
| | |
| | *Counsel for Defendants* |

Dated: August 3, 2007